*Fred Kea*, for plaintiff in error.  *W. A. Dampier*, contra.

---

14766.   HULL *v.* THE STATE.

BROYLES, C. J. The verdict was amply authorized by the evidence, and neither of the special grounds of the motion for a new trial shows cause for a reversal of the judgment below.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 13, 1923.

Conviction of stabbing; from city court of Bainbridge—Judge Spooner.   June 4, 1923.

*Hartsfield & Conger*, for plaintiff in error.